FILED

2024 MAR -1  AM 10: 37

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

BY: _____ rsm

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>PLAINTIFF(S)<br>v.<br><br>Troy Jay Milheron<br><br>DEFENDANT(S). | CASE NUMBER **2:24-mj-01172-DUTY**<br><br>CR-24-00144-PHX-DLR<br><br>DECLARATION RE<br>OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: Grand Jury
in the _____ District of Arizona _____ on January 23, 2024
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about November 14, 2023
in violation of Title 18 _____ U.S.C., Section(s) 875(c)
to wit: Interstate Communication of a Threat, Counts 1-2

A warrant for defendant's arrest was issued by: Katlyn James, U.S. District Court, District of Arizona

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/1/2024
                    Date

_____           Devin Turner
Signature of Agent                  Print Name of Agent

FBI                                 Special Agent
Agency                              Title