Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

FILED
2024 MAR -1  AM 10: 37
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES
BY_____rsm_____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br><br>Troy Jay Milheron<br>USMS# _____ | PLAINTIFF<br><br><br>DEFENDANT | CASE NUMBER:<br>CR-24-00144-PHX-DLR<br><br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

**2:24-MJ-01172-DUTY**

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 03/01/2024 _____ at ☒ AM ☐ PM
   or
   The defendant was arrested in the Central District of California on 03/01/2024 at ☒ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☐ Yes   ☐ No

4. Charges under which defendant has been booked:
   Title 18, United States Code, Section 875(c) Interstate Communication of a Threat, Counts 1-2

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1960

8. Defendant has retained counsel:   ☐ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Devin Turner   (please print)

12. Office Phone Number: 310-477-6565

13. Agency: FBI

14. Signature: _____

15. Date: 3/1/2024

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION